# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 197 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA INTEREST ON LAWYERS TRUST ACCOUNT BOARD | : | DISCIPLINARY RULES DOCKET |

## ORDER

**PER CURIAM**

 **AND NOW**, this 9th day of June, 2020, Stella L. Smetanka, Esquire, is hereby designated as Chair, and Markita Morris-Louis, Esquire, as Vice-Chair, of the Pennsylvania Interest on Lawyers Trust Account Board, commencing September 1, 2020.